USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

ROSETTA WATSON,              :

              Plaintiff,    :    11 Civ. 9527 (AJN)(HBP)

   -against-               :    OPINION
                             AND ORDER

TIMOTHY F. GEITHNER, SECRETARY,  :
DEPARTMENT OF THE TREASURY,
                             :

             Defendant.     :

-----------------------------------X

       PITMAN, United States Magistrate Judge:

       Plaintiff's motion for an extension of time to serve and file her opposition to defendant's motion for summary judgment (Docket Item 24) is denied as moot. Plaintiff filed her opposition or about February 25, 2013 and it has been considered in connection with the Report and Recommendation issued on this date.

Dated:  New York, New York
       August 8, 2013

                                      SO ORDERED

                                      HENRY PITMAN
                                      United States Magistrate Judge

Copies mailed to:

Ms. Rosetta Watson
358 Fourth Street
Brooklyn, New York  11215

Sarah S. Normand, Esq.
Assistant United States Attorney
Southern District of New York
86 Chambers Street
New York, New York  10007